Bob Robertson
OSB #661038
1175 E. Main St., Ste 1F
Medford, OR 97504
(541) 772-3442
*2boblaw@integra.net*
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON
Medford Division

| | |
|---|---|
| LEWIS RESORTS, LLC, an Oregon Limited Liability Company, doing business as LOST CREEK MARINA and LOST CREEK LAKE AND MARINA, <br><br> Plaintiff, <br><br> v. <br><br> THE STATE OF OREGON, BY AND THROUGH ITS DEPARTMENT OF TRANSPORTATION, PARKS AND RECREATION DIVISION, hereinafter referred to as OREGON PARKS and U.S. ARMY, CORPS OF ENGINEERS, <br><br> Defendants. | Civil No: 1:20-cv-02232-CL <br><br> ORDER TO DISMISS |

BASED UPON the Motion for Dismissal and the Court being fully advised in the premises, IT IS HEREBY ORDERED that said case is dismissed without prejudice.

Dated: January 25, 2021          /s/Ann Aiken
                                 Ann Aiken
                                 U.S. District Court Judge

Page -1- ORDER TO DISMISS